```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAYMOURS FURNITURE COMPANY, INC.,

                     Plaintiff,              09 Civ. 3999 (SHS)

      -against-                             ORDER

ANTHONY MEHRAN; H&K FURNITURE, INC,
d/b/a/ HUFFMAN KOOS FURNITURE
GALLERY, INC., 84-16 QUEENS
BOULEVARD REALTY CORP.;
CONTEMPO ACQUISITION, LLC and
MODE CONTEMPO, INC
                     Defendants.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A conference having been held today with all parties present, IT IS HEREBY

ORDERED that this action is dismissed with prejudice and without costs on the terms set

forth on the record today.

Dated: New York, New York
       August 4, 2009

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.